MAYOR, ETC., OF MERIDIAN v. FARMERS' LOAN & TRUST CO. (Circuit Court of Appeals, Fifth Circuit. January 24, 1906.) No. 1,462. Appeal from the Circuit Court of the United States for the Southern District of Mississippi. S. A. Witherspoon, W. N. Ethridge, and W. E. Baskin, for appellants. Foster V. Brown and Frank Spurlock, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The proper parties are not joined in this appeal. We consider it doubtful whether the appellants have any appealable interest. Appeal is dismissed. See 139 Fed. 673.

---

MENEFEE v. PHELAN et al. (Circuit Court of Appeals, Fifth Circuit, January 9, 1906.) No. 1,424. Appeal from the District Court of the United States for the Northern District of Texas. M. A. Spoonts, F. B. Stanley, and George Thompson, for appellant. B. P. Ayres and B. D. Tarlton, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The decree of the District Court is affirmed. In re S. P. Smith Lumber Co. (In re Menefee) 132 Fed. 618.

---

MOHL v. LAMAR CANAL CO. et al. (Circuit Court of Appeals, Eighth Circuit. September 6, 1905.) No. 2,142. Appeal from the Circuit Court of the United States for the District of Colorado. For opinion below, see 128 Fed. 776. Platt Rogers, John F. Shafroth, and Frank E. Gregg, for appellant. Devine & Dubbs, J. W. Preston, and Wolcott, Vaile & Waterman, for appellees. No opinion. Dismissed, with costs, for the want of jurisdiction, on motion of appellee. Motion of appellant for leave to amend record denied.

---

MONTGOMERY TRACTION CO. v. MONTGOMERY AMUSEMENT CO. (Circuit Court of Appeals, Fifth Circuit. October 30, 1905.) No. 1,508. Appeal from the Circuit Court of the United States for the Middle District of Alabama. For opinion below, see 139 Fed. 353. Phares Coleman, Massey Wilson, and Ray Rushton, for appellant. Robt. E. Steiner, B. P. Crum, and Leon Weil, for appellee. Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. Without examining this case now as to its merits, a majority of the court have concluded that it is not advisable or proper to interfere with the discretion of the trial court in the granting of the temporary injunction. Adhering to the construction we have heretofore given the act allowing appeals in such cases, we affirm the judgment of the Circuit Court. Lehman v. Graham, 135 Fed. 39, 67 C. C. A. 513; Railroad Commission v. J. Rosenbaum Grain Co., 130 Fed. 110, 64 C. C. A. 444; Kerr v. New Orleans, 126 Fed. 920, 61 C. C. A. 450; Massie v. Buck, 128 Fed. 27, 62 C. C. A. 535.

---

In re SEARS, HUMBERT & CO. et al. (Circuit Court of Appeals, Second Circuit. October 30, 1905.) No. 48. Petition for Revision of Proceedings of the District Court of the United States for the Western District of New York, in Bankruptcy. Harry S. Bandler, for petitioner. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. In view of our decision on former appeal in this proceeding (128 Fed. 276, 62 C. C. A. 623), we are of the opinion that the questions now argued are no longer open in this case, in this court; there being no dispute as to the amount of the allowance, and it being stipulated that the services were beneficial to the estate.